

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SOCORRO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-18-00091-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 5 |
| | § | |
| JAMES HAMILTON, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2016DCV1566) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, all costs in this Court. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JULY, 2019.


GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment